ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 1 2 2016
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:16-CR-241-A |
| JOSE LUIS CORRAL (01)<br>CHARLES ROBERT TILGHMAN (02) | |

## INDICTMENT

The Grand Jury Charges:

### Count One
Possession of a Firearm with an Obliterated Serial Number
(Violation of 18 U.S.C. § 922(k))

On or about March 17, 2016, in the Fort Worth Division of the Northern District of Texas, defendant **Charles Robert Tilghman** knowingly possessed firearms, to wit, three Anderson AR-15 type lower receivers that had been previously shipped in interstate commerce, from which the manufacturer's serial numbers had been removed, altered, or obliterated.

In violation of 18 U.S.C. §§ 922(k) and 924(a)(1)(B).

## Count Two
### Possession of an Unregistered Firearm
### (Violation of 26 U.S.C. § 5861(d))

On or about March 18, 2016, in the Fort Worth Division of the Northern District of Texas, defendant **Jose Luis Corral** did knowingly and unlawfully possess a firearm, to wit, a machinegun, more particularly described as an AR-15 type receiver from which the serial number and other manufacturer marks of identification had been removed and which had been modified by the drilling of an automatic-sear pin hole and into which had been installed M16 machinegun fire-control parts, which machinegun was not registered to the defendant in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841, 5861(d), and 5871.

A TRUE BILL.

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
JOHN P. BRADFORD
Assistant United States Attorney
State Bar No. 02818300
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone:   817-252-5200
Facsimile:   817-252-5455

Indictment - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

v.

JOSE LUIS CORRAL (01)
CHARLES ROBERT TILGHMAN (02)

---

INDICTMENT

18 U.S.C. § 922(k)
Possession of a Firearm with an Obliterated Serial Number
Count 1

26 U.S.C. § 5861(d)
Possession of an Unregistered Firearm
Count 2

4-16-241-A

A true bill rendered

FORT WORTH                                           FOREPERSON

Filed in open court this 12th day of October, 2016.

---

**Warrant to be Issued for all Defendants**

UNITED STATES MAGISTRATE JUDGE