UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CAUSE NO.   4:16cr00241 |
| | § | |
| CHARLES ROBERT TILGHMAN (2) | § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Robert Jarvis of the Robert T. Jarvis Law Firm, P.C., hereby enters his appearance as counsel of record for Defendant, Charles Robert Tilghman, and requests that all pleadings, correspondence, court orders and other documents served in this action be served on said counsel.

Respectfully submitted,

Robert T. Jarvis Law Firm, P.C.
123 West Houston
Sherman, Texas 75090
Tel: (903) 892-8500
Fax: (903) 892-8500

*/S/ Robert T. Jarvis*
Robert T. Jarvis
State Bar No. 10586500
bobjarvislawfirm@aol.com
Matthew D. Hamilton
State Bar No. 24073146
matt@bobjarvislawfirm.com

Attorneys for Charles Robert Tilghman

## CERTIFICATE OF SERVICE

This is to certify that on October 17, 2016, a true and correct copy of the above and foregoing document was filed electronically, and through that system, all parties, by and through their respective attorneys, including John P. Bradford, the Assistant United States Attorney handling this case, have had this document forwarded to them.


*/S/ Robert T. Jarvis*
Robert T. Jarvis